Same case below, 600 F.3d 135.

### No. 10-288. Hilton Hall, Warden, Petitioner v. James Ray Ward.

562 U.S. 1082, 131 S. Ct. 647, 178 L. Ed. 2d 513, 2010 U.S. LEXIS 9407.

November 29, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 592 F.3d 1144.

### No. 10-300. Tiffany (NJ) Inc., et al., Petitioners v. eBay Inc.

562 U.S. 1082, 131 S. Ct. 647, 178 L. Ed. 2d 513, 2010 U.S. LEXIS 9355.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 600 F.3d 93.

### No. 10-389. Jose Guevara, Petitioner v. Republic of Peru, et al.

562 U.S. 1082, 131 S. Ct. 651, 178 L. Ed. 2d 513, 2010 U.S. LEXIS 9406.

Same case below, 608 F.3d 1297.

### No. 10-416. Jesse Jay Montejo, Petitioner v. Louisiana.

562 U.S. 1082, 131 S. Ct. 656, 178 L. Ed. 2d 513, 2010 U.S. LEXIS 9104.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 40 So. 3d 952.

### No. 10-446. Charles Kerchner, Jr., et al., Petitioners v. Barack H. Obama, President of the United States, et al.

562 U.S. 1082, 131 S. Ct. 663, 178 L. Ed. 2d 513, 2010 U.S. LEXIS 9199.

November 29, 2010. Motion of Western Center for Journalism for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 612 F.3d 204.